JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moshe Leichner,<br><br>               Petitioner,<br><br>    v.<br><br>Steve Langford,<br><br>               Respondent.<br>_____ | ) Case No. **CV 17-4508-JFW**<br>) [Related Cases:<br>) 2:07-cv-04128-JFW<br>) 2:03-cr-568-JFW]<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

Pursuant to this Court's August 2, 2017 Order denying Petitioner Moshe Leichner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241(a)(2,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.


Dated: August 2, 2017       _____
                               JOHN F. WALTER
            UNITED STATES DISTRICT JUDGE